HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
ALFREDO QUINTANA DE LA ROSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00063 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| ALFREDO QUINTANA DE LA ROSA, | Date: April 24, 2018<br>Time: 9:15 A.M.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Alfredo Quintana De La Rosa that the previously scheduled status conference date of April 24, 2018 be vacated and the matter be set for status conference on May 15, 2018 at 9:15 a.m.

Defense counsel require additional time to review discovery and to conduct additional defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, April 11, 2018, through and including May 15, 2018; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order

Stipulation to Continue -1-

479, Local Code T4 based upon defense preparation.

All counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: April 12, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
Isaac Esparza Cerna

Dated: April 12, 2018  McGREGOR W. SCOTT
United States Attorney

By:  */s/ Katherine Lydon*
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

1  ORDER

2  IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
3  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as
4  its order. The Court specifically finds the failure to grant a continuance in this case would deny
5  defense counsel reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence.  The Court finds the ends of justice served by granting the requested
7  continuance outweigh the best interests of the public and defendants in a speedy trial.

8  The Court orders the time from the date the parties' stipulation, April 12 2018,  up to and
9  including May 15, 2018, shall be excluded from computation of time within which the trial of
10 this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
11 and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code
12 T4). It is further ordered the April 24, 2018 status conference shall be continued until May 15,
13 2018, at 9:15 a.m.

Dated:  April 12, 2018                                           /s/ John A. Mendez_____
                                                                 Hon. John A. Mendez
                                                                 United States District Court Judge